**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REX A. MCCURDY,

          Petitioner,

   v.

PEOPLE OF THE STATE OF
CALIFORNIA, et al.,

          Respondents.

No. C 07-4072 JF (PR)

ORDER OF DISMISSAL

On August 8, 2007, Petitioner, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On that same day, the Court sent a notification to Petitioner informing him that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file the supporting documentation within thirty days.

As of the date of this order, Petitioner has not paid the filing fee, submitted a completed in forma pauperis application, or communicated with the Court.

\\\

Order of Dismissal
P:\pro-se\sj.jf\hc.07\McCurdy072disifp

1   Accordingly, the instant case is DISMISSED without prejudice for Petitioner's failure to pay

2   the filing fee or file a completed in forma pauperis application.  The Clerk shall terminate

3   any pending motions and close the file.

4        IT IS SO ORDERED.

5   DATED: 9/27/07

6   JEREMY FOGEL
    United States District Judge

United States District Court
For the Northern District of California

Order of Dismissal
P:\pro-se\sj.jf\hc.07\McCurdy072

2

1   A copy of this ruling was mailed to the following:

2   Rex A. McCurdy
3   000035-6
      Coalinga State Hospital
      P.O. Box 5003 / Unit 4
4   24511 West Jayne Avenue
      Coalinga, CA  93210
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

Order of Dismissal
P:\pro-se\sj.jf\hc.07\McCurdy072

3