1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REX A. MCCURDY,

    Petitioner,

  v.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Respondents.

No. C 07-4072 JF (PR)

JUDGMENT

    The Court has dismissed the instant habeas action without prejudice for Petitioner's failure to pay the filing fee or file a completed in forma pauperis application. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 9/27/07

_____
JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\hc.07\McCurdy072jud

United States District Court
For the Northern District of California

1  A copy of this ruling was mailed to the following:

2  Rex A. McCurdy
   000035-6
3  Coalinga State Hospital
   P.O. Box 5003 / Unit 4
4  24511 West Jayne Avenue
   Coalinga, CA 93210

Judgment
P:\pro-se\sj.jf\hc.07\McCurdy072jud

2